ACCEPTED
14-14-01009-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 12:42:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-01009-CV

### IN THE COURT OF APPEALS
### FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
### AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 12:42:29 PM
CHRISTOPHER A. PRINE
Clerk

**REBECCA DOXEY**
**Appellant**

**v.**

**CRC-EVANS PIPELINE INTERNATIONAL, INC. AND**
**STANLEY BLACK & DECKER, INC.**
**Appellees**

**From Cause No. 2012-39193; 113th Judicial District Court**
**Harris County, Texas**

_____

### SECOND MOTION TO EXTEND TIME
### TO FILE BRIEF OF APPELLANT

_____

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, REBECCA DOXEY ("Appellant") and files this Second Motion for Extension of time to File Brief, and would show the Court the following:

1.      Appellant's brief is due on or about May 25, 2015. Appellant requests an extension of time to file her brief for thirty (30) days from that time.

2. This is the second motion for an extension of time.

3. The request for extension is based on the following activities:

The appellate record has been reviewed and Appellant's brief in this case has been outlined, but it is not complete for the following reasons. Both of the undersigned counsels for Appellant, Leonard Meyer and Colin Guy, participated full time as trial counsel in Cause No. 414,155; *In Re Estate of Herbert Joel Zieben, Deceased*; in the Probate Court No. Two (2) of Harris County, Texas, an approximate $40m will contest case which commenced April 6, 2015 and didn't conclude until April 23, 2015. Both counsel were preparing for that trial for around six weeks prior to the commencement of trial. The trial conclusion date (with a verdict) April 23, 2015 was the same date as the original deadline for Appellant's brief. After the conclusion of the trial, both counsel have had to seek and obtain injunctive relief against the executor of the Estate since the trial was a success in favor of the will contestants represented by counsel, and motions for multiple items of complex relief and judgment on the verdict had to be prepared and filed, which led to extensive settlement negotiations which are ongoing. A hearing for a temporary injunction and, in the event the parties are unable to concur regarding the terms of an agreed judgment, a hearing on entry of judgment on the verdict has been reset to June 2, 2015 to accommodate these ongoing discussions and

extensive due diligence by the will contestants as to the financial status of the large estate.

To complicate the practice of the undersigned counsel Mr. Meyer has also been forced to take the lead on several other matters since the conclusion of the above referenced trial which had been previously assigned to a senior associate who has since transferred to another practice group, and has been in the process of interviewing multiple candidates to fill this position. One of those other matters is another will contest trial set for trial on June 2, 2015, in which a settlement is also currently being negotiated.

The other undersigned counsel for Appellant Nicholas Reisch, has been assisting in the preparation for the trial in Cause No. 414,155, including the jury charge, and has been handling all matters relating to the jury charge in that trial. In addition, Mr. Reisch's schedule includes other litigation matters, including preparation for an upcoming trial setting in California.

4.    Accordingly, Appellant requests an extension of time to file her brief of thirty (30) days from the present deadline; that is, through June 25, 2015.

5.    Counsel for Appellant have attempted to confer with counsel for Appellee, but did not receive a response expressing that this motion is unopposed or opposed. Appellant's first request for an extension was unopposed.

6.	This request for an extension is made not for the purpose of delay, but so justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant her Motion for Extension of Time to File Brief, and for such other and further relief to which she may be justly entitled.

Respectfully submitted,

ZIMMERMAN, AXELRAD, MEYER,
STERN & WISE, P.C.

By:	_____*//s// Leonard J. Meyer*_____
Leonard J. Meyer
State Bar No. 13993750
Nicholas J. Reisch
State Bar No. 24046699
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
Email: nreisch@zimmerlaw.com

ATTORNEYS FOR APPELLANT,
REBECCA DOXEY

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have attempted to confer with all other parties about the merits of this motion and at the time of this filing did not receive a response in opposition or expressing that they are unopposed.


                                        *//s// Leonard J. Meyer*
                                        Leonard J. Meyer

## Certificate of Service

I hereby certify that on this 20th day of May, 2015, a true and correct copy of the following has been served pursuant to the Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e) upon the following counsel by facsimile, certified mail and/or electronic service:


                                        *//s// Leonard J. Meyer*
                                        Leonard J. Meyer